No. 23-1625

IN THE
# United States Court of Appeals for the Eighth Circuit

SR. KATE REID ET AL.,
*Plaintiffs-Appellees*,

v.

THE DOE RUN RESOURCES CORPORATION ET AL.,
*Defendants-Appellants*.

**PARTIALLY OPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE DEFENDANTS'-APPELLANTS' OPENING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b), Defendants-Appellants respectfully request a 45-day extension of time, to and including June 29, 2023, to file their opening brief in the above-captioned appeal. Plaintiffs-Appellees have informed us that they consent to a 30-day extension of time but oppose the request to the extent it seeks 15 additional days. In support of this motion, Defendants-Appellants state as follows:

1. The opening brief in this case is currently due on May 15, 2023. With the requested 45-day extension of time, the opening brief would be due on June 29, 2023.

1

2. This is Defendants-Appellants first request for an extension of time to file their opening brief.

3. Good cause exists for the requested extension. This appeal arises from an order entered by the district court (Perry, J.) on January 20, 2023 *sua sponte* certifying complex issues of transnational law for immediate appeal under 28 U.S.C. § 1292(b). This Court granted permission to appeal on April 3, 2023.

4. The undersigned counsel, Robert M. Loeb, has several other matters pending with pressing deadlines in the same time period as the current deadline. In *United States v. Pacilio*, No. 23-1528 (7th Cir.), a criminal case, Mr. Loeb's client has been convicted and was sentenced on March 9, 2023 to a term of imprisonment of one year and one day. The appeal challenging that unjust conviction is moving forward without delay. The opening appeal brief is due in the Seventh Circuit on May 1, 2023, and the reply appeal brief will be due June 21, 2023. Meanwhile, in the district court in the same case, No. 18-cr-00048 (N.D. Illinois), briefing on the motion for bail pending appeal is ongoing. The reply brief in support of bail pending appeal is due April 28, 2023.

2

Absent a grant of bail pending appeal, Mr. Loeb's client must report to prison on June 1, 2023.

5. In addition to the *Pacilio* case, Mr. Loeb has a reply brief and deferred appendix due April 25, 2023 in *Medidata Solutions, Inc. v. Veeva Systems*, Inc, No. 22-2044 (2d Cir.), for which a request for a 30-day extension is currently pending; an oral argument set for June 6, 2023 in *Holley-Gallegly v. TA Operating LLC*, No. 22-55950 (9th Cir.); and an opening appeal brief due on June 30, 2023 in *MSC Cruises S.A. v. Havana Docks Corp.*, No. 23-10171 (11th Cir.).

6. Counsel E. Joshua Rosenkranz also has other matters pending with pressing deadlines. Mr. Rosenkranz is preparing the Opening Briefs in *Apple v. ITC*, No. 23-1553 and *AliveCor v. ITC*, No. 23-1509 (Fed. Cir.), which are expected to be due on April 17, 2023; a reply brief due on May 3, 2023 in *Pegasystems, Inc. v. Appian Corp.*, No. 1399-22-4 (Va. Ct. App.); and a response brief due June 9, 2023 in *Plexxikon Inc. v. Novartis Pharmaceuticals Corp.*, No. 23-1113 (Fed. Cir.). Mr. Rosenkranz is also preparing for oral argument on May 5 in *The Chamberlain Group, LLC v ITC*, Nos. 22-1664, 22-1656 (Fed. Cir.), as well as *Gilead Sciences, Inc. v. Superior Court of the State of*

*California* (Gilead Tenofovir Cases), No. A165558 (Cal. Ct. App.) and *Sonos, Inc. v. ITC & Google*, Nos. 22-1421, -1573 (Fed. Cir.), which are expected to be set for argument shortly.

 7. Counsel for Plaintiffs-Appellees have indicated that they consent to a 30-day extension. A 30-day extension would result in Defendants'-Appellants' opening brief being due on June 14, 2023—just after Mr. Loeb's oral argument in the Ninth Circuit and just before the reply brief deadline in Mr. Loeb's criminal appeal in *United States v. Pacilio*, described above. Defendants-Appellants, thus, respectfully submit that an additional 15-day extension of the time to file the opening brief in this case is warranted to avoid substantial overlap with those matters, and would not prejudice Plaintiffs-Appellees.

***

For the foregoing reasons, Defendants-Appellants respectfully request that the time for filing its opening brief be extended 45 days, to and including June 29, 2023. In the alternative, Defendants-Appellants request the unopposed 30-day extension of time, to and including June 14, 2023.

4

April 11, 2023                              Respectfully submitted,

*/s/ Robert M. Loeb*
Robert M. Loeb
ORRICK, HERRINGTON &
    SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC  20005
(202) 339-8400

E. Joshua Rosenkranz
ORRICK, HERRINGTON &
    SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019

*Counsel for Defendants-Appellants*

# CERTIFICATE OF COMPLIANCE

The motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 678 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B) and Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in Century Schoolbook 14-point font.

This motion has been scanned for viruses pursuant to Eighth Circuit Local Rule 28A(h)(2) and is virus-free.

> ORRICK, HERRINGTON & SUTCLIFFE LLP
>
> */s/ Robert M. Loeb*
> Robert M. Loeb
> *Counsel for Defendants-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system on April 11, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Robert M. Loeb*
Robert M. Loeb
*Counsel for Defendants-Appellants*
